# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CONTAINER MANUFACTURING LTD., | : | Case No. 3:24-cv-00150 |
| | : | |
| Plaintiff, | : | District Judge Walter H. Rice |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| VOBEV, LLC, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER TRANSFERRING REFERENCE

This case is hereby ordered to be transferred from Magistrate Judge Caroline H. Gentry to Magistrate Judge Peter B. Silvain, Jr.


*s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge