IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CONTAINER MANUFACTURING
LTD.,                                    :

       Plaintiff,                        :        Case No. 3:24-cv-150

   v.                                   :        JUDGE WALTER H. RICE

VOBEV, LLC, et al.,
       Defendants.                       :

---

## ORDER OF STAY IN PROCEEDINGS

---

On December 9, 2024, Counsel for Defendant Vobev, LLC, served upon all counsel and filed with this Court their Notice of Bankruptcy and Automatic Stay. Doc. #45.

In accordance therewith, it is hereby ORDERED that these proceedings are STAYED pursuant to Section 362(a) of the Bankruptcy Code until such a time as the Automatic Bankruptcy Stay is lifted by further Order of this Court.

Date: December 10, 2024

_Walter N. Rice_

WALTER H. RICE
UNITED STATES DISTRICT JUDGE